DURIE TANGRI LLP
MICHAEL H. PAGE (SBN 154913)
mpage@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:     415-362-6666
Facsimile:     415-236-6300

Attorneys for Defendants
GOOGLE INC. and WAZE, INC.

KRONENBERGER ROSENFELD, LLP
KARL S. KRONENBERGER (SBN 226112)
karl@KRInternetlaw.com
JEFFREY M. ROSENFELD (SBN 222187)
Jeff@KRInternetlaw.com
ANSEL J. HALLIBURTON (SBN 282906)
ansel@krinternetlaw.com
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: 415-955-1155
Facsimile: 415-955-1158

Attorneys for Plaintiff
PhantomALERT, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHANTOMALERT, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>         v.<br><br>GOOGLE INC., a Delaware corporation, WAZE, INC., a Delaware corporation, and DOES 1–10, inclusive,<br><br>                    Defendants. | Case No. 3:15-cv-03986-JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Ctrm:   G – 15th Floor<br>Judge:  Honorable Joseph C. Spero |

Pursuant to Civil Local Rule 6-1(a), Defendants Google Inc. and Waze, Inc. (collectively "Defendants") hereby submit the following stipulation between the parties in this action extending the time for Defendants to respond to Plaintiff PhantomALERT, Inc.'s Complaint for Damages and Equitable and Other Relief ("Complaint"):

WHEREAS, the Parties have mutually agreed to a thirty (30) day extension of time for Defendants to file a response to the Complaint; and

WHEREAS, this extension of time will not alter any event or deadline already fixed by Court order.

THEREFORE, it is hereby stipulated and agreed through counsel that the time in which Defendants may respond to the Complaint is extended for thirty (30) days.  Defendants shall file their response to the Complaint on or before October 26, 2015.

Dated:  September 16, 2015              DURIE TANGRI LLP

                                        By:   */s/ Michael H. Page*
                                              MICHAEL H. PAGE

                                        Attorneys for Defendants
                                        GOOGLE INC. and WAZE, INC.

Dated:  September 16, 2015              KRONENBERGER ROSENFELD, LLP

                                        By:   */s/ Karl S. Kronenberger*
                                              KARL S. KRONENBERGER

                                        Attorneys for Plaintiff
                                        PHANTOMALERT, INC.

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Michael H. Page, attest that concurrence in the filing of this document has been obtained.

Dated: September 16, 2015                       */s/ Michael H. Page*
                                                MICHAEL H. PAGE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2015 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Michael H. Page*
MICHAEL H. PAGE

Dated: 9/18/15    IT IS SO ORDERED.
/s/ Joseph C. Spero
Chief Magistrate Judge