DURIE TANGRI LLP
MICHAEL H. PAGE (SBN 154913)
mpage@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendants
GOOGLE INC. and WAZE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHANTOMALERT, INC., a Delaware corporation,<br><br>                              Plaintiff,<br><br>      v.<br><br>GOOGLE INC., a Delaware corporation, WAZE INC., a Delaware corporation, and DOES 1–10, inclusive,<br><br>                              Defendants. | Case No. 3:15-cv-03986-JCS<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS GOOGLE INC. AND WAZE INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:    March 4, 2016<br>Time:    9:30 a.m.<br> Ctrm:    G – 15th Floor<br>Judge:   Honorable Joseph C. Spero |

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants Google Inc. ("Google") and Waze Inc. ("Waze") (collectively "Defendants") hereby respectfully request that, in connection with its Motion to Dismiss Plaintiff's First Amended Complaint, the Court take judicial notice of documents listed below and attached hereto. Each constitutes a certified copy of a governmental certificate, whose contents can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned, and thus each is properly subject to judicial notice.

1.      Ex. A – A true and correct copy of the certified Delaware certificate of good standing for Waze Inc., dated October 5, 2015.

2.      Ex. B – A true and correct copy of the December 10, 2015 United States Copyright Office certified copyright registration certificate, numbered TXu 1-954-208, for the work at issue in this lawsuit, "PHANTOM ALERT WEBSITE SOURCE CODE AND DATABASE".

3.      Ex. C – A true and correct copy of the corresponding certified December 10, 2015 copy of PhantomALERT's deposit with the United States Copyright Office of the "PHANTOM ALERT WEBSITE SOURCE CODE AND DATABASE".

Dated:  January 27, 2016                    DURIE TANGRI LLP


                                        By:  _____/s/ Michael H. Page_____
                                                      MICHAEL H. PAGE

                                        Attorneys for Defendants
                                        GOOGLE INC. and WAZE INC.

1

REQUEST FOR JUDICIAL NOTICE ISO DEFENDANTS GOOGLE INC. AND WAZE INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT / CASE NO. 3:15-CV-03986-JCS

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2016 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Michael H. Page*
MICHAEL H. PAGE

REQUEST FOR JUDICIAL NOTICE ISO DEFENDANTS GOOGLE INC. AND WAZE INC.'S MOTION
TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT / CASE NO. 3:15-CV-03986-JCS