# EXHIBIT B



*LIBRARY OF CONGRESS*

## Copyright Office of the United States

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that on August 20, 2015 a claim to copyright a work identified as **PHANTOMALERT WEBSITE SOURCE CODE AND DATABASE** was registered under **TXu 1-954-208.** This work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY ALSO,** that the attached is an additional certificate for this work.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on December 10, 2015.

Maria A. Pallante
Register of Copyrights

By:        Jarletta Walls
            Supervisory Copyright Specialist
            Records Research and Certification Section
            Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 01 et seq.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-954-208

**Effective Date of Registration:**
August 20, 2015

---

## Title

**Title of Work:**  PhantomALERT website source code and database

## Completion/Publication

**Year of Completion:**  2012

## Author

- **Author:**  PhantomALERT, Inc.
  **Author Created:**  computer program, Database
  **Work made for hire:**  Yes
  **Citizen of:**  United States

## Copyright Claimant

**Copyright Claimant:**  PhantomALERT, Inc.
P.O. Box 1247, Washington, DC, 20013, United States
**Transfer statement:**  By written agreement

## Rights and Permissions

**Organization Name:**  Kronenberger Rosenfeld, LLP
**Name:**  Ansel Halliburton
**Email:**  ansel@krinternetlaw.com
**Telephone:**  (415)955-1155x122
**Address:**  150 Post Street
Ste. 520
San Francisco, CA 94108 United States

## Certification

**Name:**  Ansel Halliburton
**Date:**  August 20, 2015

---



**Copyright Office notes:**     Basis for Registration: computer program and original selection, coordination, and arrangement of geographical data.  Added by C.O. from remitter note concerning database.

**Registration #:**  TXu001954208
**Service Request #:**  1-2589666701

Kronenberger Rosenfeld, LLP
Ansel Halliburton
150 Post Street
Ste. 520
San Francisco, CA 94108 United States