**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Ansel J. Halliburton (Bar No. 282906)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:  (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ansel@KRInternetLaw.com

Attorneys for Plaintiff
PhantomALERT, Inc.

**DURIE TANGRI LLP**
Michael H. Page (Bar No. 154913)
Sonali D. Maitra (Bar No. 254896)
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:  (415) 362-6666
Facsimile:  (415) 236-6300
mpage@durietangri.com
smaitra@durietangri.com

Attorneys for Defendants
Google Inc. and Waze, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHANTOMALERT, INC.**, a Delaware corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>**GOOGLE INC.**, a Delaware corporation, **WAZE, INC.**, a Delaware corporation, and **DOES 1–10**, inclusive,<br><br>              Defendants. | Case No. 3:15-cv-03986-JCS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Case No. 3:15-cv-03986-JCS                           **STIPULATION FOR DISMISSAL WITH PREJUDICE**

1   IT IS HEREBY STIPULATED between Plaintiff PhantomALERT, Inc., and Defendants Google Inc. and Waze, Inc. that this action is hereby dismissed with prejudice in its entirety pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), with each party bearing its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: February 1, 2017        **KRONENBERGER ROSENFELD, LLP**

By: ___s/ Karl S. Kronenberger___
         Karl S. Kronenberger

Attorneys for Plaintiff PhantomALERT, Inc.

Dated: February 1, 2017        **DURIE TANGRI LLP**

By: ___s/ Sonali D. Maitra___
         Sonali D. Maitra

Attorneys for Defendants Google Inc. and Waze, Inc.

### ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.



s/ Karl S. Kronenberger
Karl S. Kronenberger

Dated: 2/3/17

*IT IS SO ORDERED* — Judge Joseph C. Spero, United States District Court, Northern District of California